# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Nancy H. Sawyer ,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          3:08-CV-476

Commissioner of Social Security Administration ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 12, 2009 Order.

Signed: August 12, 2009

Frank G. Johns, Clerk
United States District Court